NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE MSTG, INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 996

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of Illinois in case no. 08-CV-7411, Judge Edmond E. Chang.

---

**ON PETITION**

---

Before PROST, *Circuit Judge.*

**O R D E R**

MSTG, Inc. submits a petition for a writ of mandamus to vacate the orders of the United States District Court for the Northern District of Illinois granting AT&T Mobility LLC's motion to compel discovery, and a motion for a stay of the district court's order that requires production of the material.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) AT&T is directed to respond no later than August 11, 2011.

(2) The order directing MSTG to comply with AT&T's discovery requests is temporarily stayed pending receipt of AT&T's response and this court's review of the papers submitted.

FOR THE COURT

JUL 2 9 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Christopher J. Lee, Esq.
David T. Pritikin, Esq.
Clerk, United States District Court Northern District Of Illinois

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 9 2011

JAN HORBALY
CLERK